UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANNY PASTREICH, AS TRUSTEE, ET AL.,

               Plaintiffs,

    - against -

SECTEK, INC.,

               Defendant.

23-cv-579 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The time for the plaintiff to serve the summons and complaint is extended to **June 6, 2023**. If the plaintiff fails to serve the summons and complaint by that date, the case will be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m). The conference scheduled for **July 18, 2023** is canceled.

SO ORDERED.

Dated:    New York, New York
            May 23, 2023

                                            John G. Koeltl
                                    United States District Judge