UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANNY PASTREICH, AS TRUSTEE, ET AL.,

                Plaintiffs,

     - against –

SECTEK, INC.,

                Defendant.

23-cv-579 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time to respond to the complaint is extended to **July 11, 2023**. If the defendant fails to respond by that date, the plaintiffs may move by order to show cause for a default judgment by **July 25, 2023**. If the plaintiffs fail to move for a default judgment by that date, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
            June 27, 2023

                                              John G. Koeltl
                                     United States District Judge